# In the United States Court of Federal Claims

No. 03-1508T
(Filed: November 27, 2006)

* * * * * * * * * * * * * * * * * * * * * * *

MOBIL CORPORATION AND
SUBSIDIARIES,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

The telephonic status conference scheduled for Wednesday, November 29, 2006 to discuss progress of settlement in the above action is postponed and re-scheduled for Wednesday, December 6, 2006 at 2:00 p.m. The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK,
Judge