# In the United States Court of Federal Claims

No. 03-1508T
(Filed: January 10, 2007)

* * * * * * * * * * * * * * * * * * * * * *

MOBIL CORPORATION AND
SUBSIDIARIES,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference will be held Wednesday, February 14, 2007, at 11:00 a.m. to discuss progress of settlement in the above action. The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK,
Judge