# IN THE UNITED STATES
# COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MOBIL CORPORATION AND, SUBSIDIARIES, Plaintiff, | ) | |
| v. | ) | File No. 03-1508T (Judge Bruggink) |
| THE UNITED STATES, Defendant. | ) | |

## NINTH JOINT STATUS REPORT

The parties submit this joint status report pursuant to the Court's Order dated March 19, 2007.

1. Following the Court's ruling on Defendant's January 21, 2004 Motion to Dismiss, the following issues remain at issue in the case:

   a. Worthless Stock deductions under 26 U.S.C. § 165(g). *See* First Amended Complaint ("FAC"), ¶ 11.a.

   b. Foreign Tax Credits under 26 U.S.C. §§ 901/903. *See* FAC, ¶ 11.b.

   c. Foreign Tax Credits under 26 U.S.C. § 902. *See* FAC, ¶ 11.c.

   d. Gathering Line Depreciation under 26 U.S.C. § 167. *See* FAC, ¶¶ 12.a., 13.

   e. Mark-to-Market Deductions for Credit Card Receivables under 26 U.S.C. §§ 165/475. *See* FAC, ¶ 12.b.

   f. Above-Ground Storage Tank Depreciation under 26 U.S.C. § 167. *See* FAC, ¶ 12.c.

   g. Like-Kind Exchanges under 26 U.S.C. § 1031. *See* FAC, ¶ 12.d.

h. Sourcing of General and Administrative Overhead under 26 U.S.C. §§ 861/862. *See* FAC, ¶ 12.e.

i. Sourcing of MASCO Depreciation under 26 U.S.C. §§ 861/862. *See* FAC, ¶ 12.f.

j. Sourcing of MFI Depreciation under 26 U.S.C. §§ 861/862. *See* FAC, ¶ 12.g.

k. Charitable Contributions Sourcing under 26 U.S.C. §§ 861/862. *See* FAC, ¶ 12.h.

l. Nonconventional Fuel Credits under 26 U.S.C. § 29. *See* FAC, ¶ 12.i.

m. Delay Rental Deductions under Treas. Reg. § 1.612-3(c). *See* FAC, ¶ 12.j.

2. Over the past year, the parties have engaged in informal discovery and settlement discussions. At this time, there are no outstanding discovery requests. The parties met to discuss settlement most recently on May 3, 2007, and continue to communicate by phone regularly.

3. Plaintiff and Defendant's trial counsel have reached a basis for settling all of the remaining issues with the exception of Mark-to-Market Deductions for Credit Card Receivables, Like-Kind Exchanges, Sourcing of General and Administrative Overhead, Sourcing of MASCO Depreciation, and Charitable Contributions Sourcing. In addition, the Alternative Minimum Tax issue, s*ee* FAC, ¶ 12.k., is computational in nature; whether Plaintiff is entitled to any additional AMT credits cannot be determined until final tax computations reflecting all other issues are completed.

4. The parties are continuing settlement discussions with respect to the remaining unresolved issues and are guardedly optimistic that a basis for settlement can be reached. The parties hope to complete settlement discussions in the next few

weeks. At this time, the parties do not believe it is necessary for the Court to set the remaining issues for trial or to issue a pre-trial order.

5. Any settlement is subject to internal review by the Tax Division of the Department of Justice and by the Joint Committee on Taxation. Further, any settlement is contingent upon the parties agreeing to the resulting refund and interest computations.

6. In addition to the foregoing, Plaintiff recently learned that the Internal Revenue Service has not refunded the agreed overpayment resulting from an August 2005 settlement between the IRS and Plaintiff concerning Plaintiff's interest in the Prudhoe Bay Unit (PBU) Partnership. The tax return of the PBU Partnership was separately audited by the IRS pursuant to the unified partnership audit procedures under 26 U.S.C. § 6221 *et seq*. The IRS calculated the refund amount to which the IRS and Plaintiff agreed. Plaintiff has requested a refund or credit of the agreed overpayment. Plaintiff expects that the IRS will refund or credit the agreed overpayment in due course. However, if this is not resolved, Plaintiff will seek to amend its complaint in this action in order to protect its interests.

Counsel for Defendant has authorized the undersigned to submit this Ninth Joint Status Report.

Respectfully submitted,

By: /s/ Kevin L. Kenworthy

Kevin L. Kenworthy
MILLER & CHEVALIER CHARTERED
655 Fifteenth St., N.W., Suite 900
Washington, D.C. 20005-5707
Telephone: 202-626-5800
Fax (202) 626-5801

Counsel for Plaintiffs

Date: May 11, 2007

Of Counsel:

C. Patrick Castellan
Carlette D. Moore
MOBIL CORPORATION
800 Bell Street, Room 2659(K)
Houston, Texas 77001

Jeanne F. Ross
MILLER & CHEVALIER CHARTERED
655 Fifteenth Street, N.W., Suite 900
Washington, D.C. 20005-5701