# In the United States Court of Federal Claims

No. 03-1508T
(Filed: May 15, 2007)

* * * * * * * * * * * * * * * * * * * * * * 

MOBIL CORPORATION AND SUBSIDIARIES,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant*.

* * * * * * * * * * * * * * * * * * * * * * 

ORDER

A telephonic status conference will be held Thursday, May 24, 2007, at 3:00 p.m. eastern to discuss progress of settlement in the above action. The call will be placed from chambers and will not be recorded.

s/Eric G. Bruggink
ERIC G. BRUGGINK,
Judge