# In the United States Court of Federal Claims

No. 03-1508T
(Filed: May 24, 2007)

* * * * * * * * * * * * * * * * * * * * * * *

MOBIL CORPORATION AND SUBSIDIARIES,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * * *

ORDER

The parties shall submit to chambers a joint status report on or before July 11, 2007, reporting the details of settlement discussions for each of the outstanding issues. The court will schedule a telephone status conference after the filing of the status report.

s/Eric G. Bruggink
ERIC G. BRUGGINK,
Judge