# In the United States Court of Federal Claims

No. 03-1508T
(Filed: July 17, 2007)

* * * * * * * * * * * * * * * * * * * * * *

MOBIL CORPORATION AND SUBSIDIARIES,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to a call from the parties on July 11, 2007, the court directs the parties to file a joint status report on or before December 14, 2007, regarding settlement of this action. The court will schedule a telephonic status conference after the filing of the status report.

s/Eric G. Bruggink
ERIC G. BRUGGINK,
Judge