IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 03-1508 T
(Judge Bruggink)

MOBIL CORPORATION AND SUBSIDIARIES,
Plaintiffs,

v.

THE UNITED STATES,
Defendant

# TENTH JOINT STATUS REPORT

Pursuant to this Court's Order dated July 17, 2007, the parties submit this joint status report:

Following extensive settlement negotiations between counsel for the parties, counsel for plaintiffs and counsel for the Government reached an informal agreement in principle that would dispose of the remaining issues in the case, subject to review and approval of a formal settlement offer. On July 23, 2007, counsel for plaintiffs submitted to counsel for the Government a letter setting forth a formal settlement proposal.

Counsel for the Government promptly forwarded a copy of the offer to the Office of Chief Counsel, Internal Revenue Service, with a request for its views as to the merits of the settlement offer. That office is currently engaged in preparing its response.

Under Tax Division procedures, counsel for the Government must prepare a detailed settlement memorandum in response to a settlement offer. At this time, counsel for the Government has completed approximately fifty percent of his settlement memorandum. In this

connection, he has provided counsel for plaintiff detailed requests for additional information and documents that he believes are necessary to recommend acceptance of the offer. Plaintiff is engaged in addressing these requests.

Counsel for the Government estimates that by early March 2008, the Office of Chief Counsel will have provided its views, plaintiff will have responded to requests for information and documents, and his settlement memorandum will have been completed.

In the event that the settlement offer is recommended for acceptance by the Office of Chief Counsel and the Chief of the Court of Federal Claims Section, plaintiff's settlement offer will then be submitted for additional review and further action by the Tax Division's Office of Review and the Office of the Acting Assistant Attorney General for the Tax Division. If approved by the Acting Assistant Attorney General, a memorandum will then be submitted to the staff of the Joint Committee on Taxation consistent with 26 U.S.C. § 6405(a). Following receipt of the views of the staff of the Committee (and assuming that they have no objection to the proposed settlement), counsel for the Government will provide plaintiff's counsel with a letter accepting the offer on behalf of the Attorney General, and will send instructions to an IRS Service Center for scheduling overpayments of tax and interest, for computing statutory interest, and for issuance of a refund or credit.

Counsel for plaintiffs has read this status report, and has authorized counsel for defendant to file it with the Court.

Respectfully submitted,

s/ George L. Squires______________

GEORGE L. SQUIRES
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 307-6587

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
MARY M. ABATE
Assistant Chief, Court of Federal Claims Section

s/ Mary M. Abate_____________
Of Counsel

December 13, 2007