**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **MOBIL CORPORATION and SUBSIDIARIES,** | ) | |
| **Plaintiffs,** | ) | |
| **v.** | ) | **No. 03-1508 T** |
| | ) | **The Honorable Eric G. Bruggink** |
| **THE UNITED STATES,** | ) | |
| **Defendant.** | ) | |

**ELEVENTH JOINT STATUS REPORT**

Pursuant to the Order of December 14, 2007, the parties submit this joint status report:

As the Court is aware, on July 23, 2007, counsel for plaintiffs submitted to counsel for the Government a letter setting forth a formal settlement proposal. Counsel for the Government promptly forwarded a copy of the offer to the Office of Chief Counsel, Internal Revenue Service, with a request for its views as to the merits of the settlement offer. That office is currently preparing its response.

Under Tax Division procedures, counsel for the Government must prepare a detailed settlement memorandum in response to a settlement offer. On May 2, 2008, defendant's former counsel, George L. Squires, retired from Government service. Shortly prior to his retirement, however, Mr. Squires completed a comprehensive draft memorandum and indicated that he would recommend that the offer be accepted. Defendant's newly-assigned attorney of record is reviewing the draft memorandum, and familiarizing himself with this case, with a view toward

submitting in the immediate future a formal recommendation that the offer be accepted. A copy of the memorandum supporting his formal recommendation will also be provided to the Office of Chief Counsel to assist them in the preparation of their recommendation.

In the event that the settlement offer is recommended for acceptance by the Office of Chief Counsel and the Chief of the Court of Federal Claims Section, plaintiff's settlement offer will then be submitted for additional review and further action by the Tax Division's Office of Review and the Office of the Assistant Attorney General for the Tax Division. If approved by the Assistant Attorney General, a memorandum will then be submitted to the staff of the Joint Committee on Taxation consistent with 26 U.S.C. § 6405(a). Following receipt of the views of the staff of the Committee (and assuming that they have no objection to the proposed settlement), counsel for the Government will provide plaintiff's counsel with a letter accepting the offer on behalf of the Attorney General, and will send instructions to an IRS Service Center for scheduling overpayments of tax and interest, for computing statutory interest, and for issuance of a refund or credit.

Counsel for plaintiff's has reviewed this status report, and has authorized defendant's attorneys to file it with the Court.

Respectfully submitted,

s/ W. C. Rapp

W. C. RAPP
*Attorney of Record*
*United States Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
*Voice: (202) 307-0503*
*Fax: (202) 514-9440*
*Email: william.c.rapp2@usdoj.gov*

NATHAN J. HOCHMAN
*Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
MARY M. ABATE
*Assistant Chief, Court of Federal Claims Section*

June 6, 2008

s/ Mary M. Abate
Of Counsel