# In the United States Court of Federal Claims

No. 03-1508T
(Filed: June 9, 2008)

* * * * * * * * * * * * * * * * * * * * * *

MOBIL CORPORATION AND
SUBSIDIARIES,

*Plaintiff*,

v.

THE UNITED STATES,

*Defendant.*

* * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to representations made in the parties' Eleventh Joint Status Report filed June 6, 2008, the court directs the parties to file a joint status report on or before October 9, 2008, regarding settlement of this action.

s/Eric G. Bruggink
ERIC G. BRUGGINK,
Judge